**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**KENNETH HUNT**                                                                                                    **PLAINTIFF**

**V.**                                               **2:03CV00194-WRW**

**HAROLD SMITH, et al**                                                                                         **DEFENDANTS**

**ORDER**

Pending are Plaintiff's Motions for Extension of Time to Answer all Summary Judgment Motions, and to Compel Attorney Jeanette Denham to Serve Plaintiff with her Summary Judgment Motion;[1] and his Motions for Pleadings without Costs and for a Hearing in Helena on the Summary Judgment Motions.[2] Also Pending are Defendant's Motions for a Trial Continuance and a Hearing on the Motions for Summary Judgment.[3] After reviewing the pleadings, the following findings are made:

1. Plaintiff's Motion for an Extension is GRANTED.  Plaintiff should file his Answer to Defendants' Motions for Summary Judgment no later than 5:00 p.m., Friday, September 22, 2006.

2. Plaintiff's Motion to Compel Ms. Denham is DENIED.  But, the Clerk is directed to send Plaintiff a copy of the Motion for Summary Judgment by Harold Smith, et al. (Doc. No. 159); the Brief in Support (Doc. No. 160); and the Statement of Facts (Doc. No. 164).

3. Plaintiff's Motion for Pleadings without Costs is GRANTED.  The Clerk is directed to

---

[1]Doc. No. 175.

[2]Doc. No. 174.

[3]Doc. No. 168.

waive all copying costs for documents requested by the Plaintiff.

4. Plaintiff's and Defendants' Motion for a Hearing on the Motion for Summary Judgment is GRANTED. Defendant's request that the hearing take place in Little Rock is DENIED. A hearing on the Motions will be held in Helena, Arkansas and will begin on Tuesday, September 26, 2006, at 1:30 p.m.

5. Defendants' Motion for a Continuance of the Trial is GRANTED. An amended scheduling Order will be issued following the Summary Judgment hearing.

IT IS SO ORDERED this 1st day of September 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE