IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENNETH HUNT                                                                                          PLAINTIFF

V.                                              2:03CV00194-WRW

HAROLD SMITH, et al                                                                              DEFENDANTS

**AMENDED ORDER**

Pending are Plaintiff's Motion to Compel Service of Summons and Complaint (Doc. No. 229) and Motion to Compel Discovery (Doc. No. 231).

Plaintiff's Motion to Compel Service of Summons and Complaint (Doc. No. 229) is GRANTED. Accordingly, since Plaintiff is proceeding *in forma pauperis* and based on Rule 4(c)(2) of the Federal Rules of Civil Procedure, the U.S. Marshal for the Eastern District of Arkansans is directed to serve the summons and complaint on Ms. Crystal Greer without costs.

Plaintiff's Motion to Compel Discovery (Doc. No. 231) is DENIED. The motion is denied with prejudice as to all Defendants except Crystal Greer, since the discovery cutoff date has passed. As to Defendant Crystal Greer, the motion is denied without prejudice. Once Defendant Greer files a responsive pleading or answer to the complaint, Plaintiff may serve her with his discovery requests.

IT IS SO ORDERED this 9th day of January, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE