**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**KENNETH HUNT**                                                                                      **PLAINTIFF**

**V.**                                               **2:03CV00194-WRW**

**HAROLD SMITH, et al**                                                                          **DEFENDANTS**

## ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 240) and Motion to Strike Order

Granting Extension of Time (Doc. No. 242) are DENIED.

IT IS SO ORDERED this 22nd day of January, 2008.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE