# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KENNETH HUNT**  PLAINTIFF

V.  2:03CV00194-WRW

**HAROLD SMITH, et al**  DEFENDANTS

## ORDER

**Plaintiff's Motion to Abstain (Doc. No. 250)** is without merit, and, therefore DENIED.

**Plaintiff's Motion to Substitute Docket Entry 197, Brief in Support With Document, that Contains Numbered Pages** is DENIED as MOOT. Amending the brief to add page numbers is unnecessary; however, the brief with page numbers is now in the record as Exhibit 1 to Doc. No. 252.

**Plaintiff's Motion to Correct the Record in Docket Entry 55, 82, 83 (Doc. No. 253)** is DENIED. However, the Clerk of the Court is directed to make sure the docket numbers in the hard-file accurately reflect the docket numbers on CM-ECF -- specifically Doc. Nos. 82 and 83. Plaintiff's assertion that Doc. Nos. 82 and 83 are incorrectly dated is without merit.

IT IS SO ORDERED this 6th day of February, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE