**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**KENNETH HUNT**                                                                                          **PLAINTIFF**

v.                                              2:03-CV-00194-WRW

**HAROLD SMITH,** *et al*.                                                                            **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Correct Critical Error by the Court Pursuant to *Heck* (Doc. No. 279). Plaintiff's Motion is GRANTED only in that the Court notes that Plaintiff was found not guilty on the DWI-(two) charge and that Plaintiff's contempt of court charge was dismissed. Plaintiff's Motion is DENIED otherwise.

Plaintiff's Motions To Set Aside Order (Doc. Nos. 283, 290) are DENIED. Plaintiff's grounds for reconsideration are not relevant to the reasoning applied by the Court in granting summary judgment.

Plaintiff's Request For Production of Documents (Doc. No. 287) is DENIED, because discovery in this case is closed..

Plaintiff's Motion To Correct Certificate of Mailing on Asheton Carter (Doc. No. 291) is MOOT, because filings are automatically sent to attorneys of record.

IT IS SO ORDERED this 26th day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE