**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**KENNETH HUNT**                                                                                              **PLAINTIFF**

**V.**                                              **2:03CV00194-WRW**

**HAROLD SMITH, et al**                                                                                **DEFENDANTS**

**ORDER**

Pending is Plaintiff's Motion for Reconsideration of Court Order Directing Plaintiff to Appear Pro-se Without an Attorney (Doc. No. 329).

Plaintiff apparently cannot get along with lawyers. This is at least the second time he has come to an impasse with appointed counsel; so, Plaintiff must represent himself. Plaintiff will be required to follow the rules which lawyers are required to follow, including the local rules of the Eastern District of Arkansas and the Federal Rules of Civil Procedure.

Accordingly, Plaintiff's Motion for Reconsideration of Court Order Directing Plaintiff to Appear Pro-se Without an Attorney (Doc. No. 329) is DENIED.

IT IS SO ORDERED this 26th day of November, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE