**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**KENNETH HUNT**                                                                           **PLAINTIFF**

**V.**                                  **2:03CV00194-WRW**

**HAROLD SMITH, et al**                                                          **DEFENDANTS**

<u>**ORDER**</u>

   Plaintiff's "Second Motion for Judge William R. Wilson Jr. to Disqualify Pursuant to

28 U.S.C. 455" (Doc. No. 332) is DENIED.

   IT IS SO ORDERED this 17th day of March, 2009.


         <u>/s/ Wm. R.Wilson,Jr.</u>
         UNITED STATES DISTRICT JUDGE