IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENNETH HUNT**                                                                                            **PLAINTIFF**

**V.**                                                  **2:03CV00194-WRW**

**HAROLD SMITH, et al**                                                                         **DEFENDANTS**

## ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 337) is DENIED.

IT IS SO ORDERED this 31st day of March, 2009.


                                                                            /s/Wm. R. Wilson, Jr.
                                                                            UNITED STATES DISTRICT JUDGE