IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENNETH HUNT**                                                                          **PLAINTIFF**

V.                                        2:03CV00194-WRW

**HAROLD SMITH, et al**                                                    **DEFENDANTS**

**ORDER**

Plaintiff's "Third Motion For Judge William R. Wilson, Jr. To Disqualify Pursuant to 28 U.S.C. 455 or in the Alternative to Abstain" (Doc. No. 340) is DENIED.

IT IS SO ORDERED this 22nd day of June, 2009.

                                                                   /s/Wm. R. Wilson, Jr.
                                                 UNITED STATES DISTRICT JUDGE