IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENNETH HUNT**                                                                                    **PLAINTIFF**

**v.**                                                  **2:03CV00194-WRW**

**HAROLD SMITH,** *et al.*                                                                 **DEFENDANTS**

## ORDER

Pending is Defendant's Motion to Dismiss Separate Defendant Richard Richardson (Doc. No. 345). Because no motion to substitute the proper party was made within 90 days after the Notice of Suggestion of Death[1] was filed notifying the Court and Plaintiff of Defendant Richardson's death, separate Defendant Richard Richardson is dismissed as a party.

IT IS SO ORDERED this 17th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 228.