IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENNETH HUNT                                                                                           PLAINTIFF

vs.                                    2:03CV00194-WRW

OVELL SCOTT                                                                                          DEFENDANT

## JUDGMENT ON JURY VERDICT

This action came on for trial July 21, 2009, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge, presiding. At the conclusion of the evidence, the Court dismissed the plaintiff's claim against the defendant in his official capacity. The remaining issues having been duly tried, and after deliberating thereon, the jury returned a verdict on July 21, 2009 in favor of the defendant, Ovell Scott

Further, service was attempted on separate defendant, Crystal Greer, in January 2008 and again in March 2008. Service not having been executed, the defendant, Crystal Greer is dismissed without prejudice for failure to prosecute.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Kenneth Hunt, take nothing on his complaint against the defendant, Ovell Scott, and this case is dismissed.

IT IS SO ORDERED this 23rd day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

jdgjryv1