# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KENNETH HUNT**                                                                                    **PLAINTIFF**

**v.**                                               **2:03CV00194-WRW**

**HAROLD SMITH,** *et al*.                                                                          **DEFENDANTS**

## ORDER

Pending are Plaintiff's Motion for New Trial (Doc. No. 359), Motion for New Trial (Doc. No. 361), and Motion for Sanctions (Doc. No. 364).

Plaintiff's Motions have been carefully considered and they are without merit (most of the issues already having been raised and ruled upon), so the motions are DENIED.

IT IS SO ORDERED this 5th day of August, 2009.


                                                                                     /s/Wm. R. Wilson, Jr.
                                                     UNITED STATES DISTRICT JUDGE