IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENNETH HUNT**   **PLAINTIFF**

**v.**   **2:03CV00194-WRW**

**HAROLD SMITH,** *et al*.   **DEFENDANTS**

## ORDER

Pending is Defendant's Motion for Attorney's Fees (Doc. No. 369). Plaintiff has responded.[1]

It is in the Court's discretion whether to award attorney's fees.[2] After careful consideration, Defendant's Motion is DENIED.

IT IS SO ORDERED this 18th day of August, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 369.

[2] 42 U.S.C. § 1988(b).